AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**FILED**

**JUL 17 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*Jeanne Custis*
_____
Petitioner

v.

*C/A.. Homeland.. Dept. Of Health*
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case: 1:15–cv–01153   (G Deck)
Assigned To : Jackson, Ketanji Brown
Assign. Date : 7/17/2015
Description: Habeas Corpus/2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:  *Jeanne Abigail Custis*
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution: _____
    (b) Address:  *21 South Church Street*
       *Berryville Va. 22611 – Virtual Prison*
    (c) Your identification number: _____

3.  Are you currently being held on orders by:

    ❏ Federal authorities    ❏ State authorities    ☒ Other - explain:

**RECEIVED**

**JUL 17 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

4.  Are you currently:

    ❏ A pretrial detainee (waiting for trial on criminal charges)

    ❏ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

      (a) Name and location of court that sentenced you: _____

      (b) Docket number of criminal case: _____

      (c) Date of sentencing: _____

    ❏ Being held on an immigration charge

    ☒ Other *(explain)*:  *Virtual Prison - some form of Surveillance*
    *and torture. Incarceration with with me*
    *as the human target with electronic GPS*
    *surgically implanted into my skull with*
    *non- consensual human experimentation*
    *and enhanced interrogation.*

**1**

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.   What are you challenging in this petition:

❑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❑ Pretrial detention

❑ Immigration detention

❑ Detainer

❑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❑ Disciplinary proceedings

☒ Other *(explain):*  Violation — ~~corrals~~ of 13th, 14th, 15th amendments — outlawed slavery and non-consensual experimentation & equal protection.

6.   Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:

(b)  Docket number, case number, or opinion number:

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Torture — Human experimentation Surveilance, Stalking, Surgical implant, Human Target, Surgical GPS

(d)  Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**   na

Did you appeal the decision, file a grievance, or seek an administrative remedy?

❑ Yes          ❑ No          na

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes                    ❏ No                    *na*

(a) If "Yes," provide:

     (1) Name of the authority, agency, or court:

     (2) Date of filing:

     (3) Docket number, case number, or opinion number:

     (4) Result:

     (5) Date of result:

     (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes                    ❏ No                    *na*

(a) If "Yes," provide:

     (1) Name of the authority, agency, or court:

     (2) Date of filing:

     (3) Docket number, case number, or opinion number:

     (4) Result:

     (5) Date of result:

     (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not file a third appeal:

10.     **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes              ☐ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                  ☒ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                  ☒ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:     _na_

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☒ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1)  Date of filing: _____

(2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☒ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Date of filing: _____

(3)  Case number: _____

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues
raised in this petition?

☑ Yes                ☐ No

If "Yes," provide:

(a)  Kind of petition, motion, or application:

(b)  Name of the authority, agency, or court:

(c)  Date of filing:

(d)  Docket number, case number, or opinion number:

(e)  Result:

(f)  Date of result:

(g)  Issues raised:

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution,
laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the
facts supporting each ground.

**GROUND ONE:** I'm unjustly being deprived of my
United States Constitutional Rights, A Surgically
implanted GPS is in my skull. I'm tortured every
day with additionall electronic implants. I have
no privacy. Overbearing Surveillance, illegal wiretapp
ing, electronic eavesdropping, internet monitoring,
Stalking, Slander and Character Assassination. The

fact is I had a CATSCAN done which shows the implants. I'v taken photo's of my eyes upclose which shows the implants. fact each and every day and night I'm tortured by the high frequency

I'm a human Target, a human Experiment. (2.10 No element of the Intelligence Community shall sponsor, contract for, or conduct research on human subjects except in accordance ... Dept. of Health and the subjects informed consent) I have never given consent!

I'm threatened often (Section 875(c) requires only the intent to communicate words that the defendant understands, and that a rea-sonable person would view as a threat, 18 U.S.C. 875 makes it a federal crime to transmit in interstate commerce any communication containing any threat... to injure the person... ) I have dates and time of these threats. Stalking automobis have caused me to feel that a thief to my back. Hovering, crossing lanes, running in packs songtimes 20 cars at atime Mobbed on foot or by auto. Plains and helicopters fly at me = torture — planes circle. followed everywhere by relentless brutal servailanc I'm unemployed sinces all this stented and no one gives a care. To get involved because Its the government I say wrong cause

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground One in all appeals that were available to you?

☐ Yes              ☐ No

**GROUND TWO:** 1st, 4th, 6th, 8th, 5th Amendments

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes              ☐ No

**GROUND THREE:** Title 18 U.S.C 3771 the Rights of Crime Victims

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes              ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Civil Right Act 1964
Separate but equal

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                   ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:     See attachment

Ground #5 - Torture Victim
Protection Act
1991

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

*na*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *July 14 2015*

*Jeanne Custis*

Signature of Petitioner

*21 South Church St*
*Berryville, Va. 22611*

Signature of Attorney or other authorized person, if any

July 13 2014

**Request for Relief**

1. **Stop Torture. Stop all Human Experimentation on me and my family.**
2. **Surgically remove implants from skull.**
3. **Surgically remove implants from eyes.**
4. **Stop all Forms of Surveillance.  Stop threats of harm to me and my family.**
5. **Correct all records.**
6. **Activate Petition for Protective order.**
7. **Activate Cease and Desist Petition.**
8. **Oder Compensation to be paid.**

**18U.S.C. 875**

**It is a Federal Crime to transmit in interstate commutation any communication containing any threats to be done or injure done to any person.**

**Order all negative communication by internet by phone by word of mounth to stop.**

**Respectfully,**

**Ms. Custis**

#/

2.10 *Human Experimentation*. No element of the Intelligence Community shall sponsor, contract for, or conduct research on human subjects except in accordance with guidelines issued by the Department of Health and Human Services. The subject's informed consent shall be documented as required by those guidelines.

Section 875(c) requires only the intent to communicate words that the defendant understands, and that a rea- sonable person would view as a threat.

18 U. S. C. §875(c), which makes it a federal crime to transmit in interstate commerce "any communication containing any threat : . . to injure the person of another." At trial, Elonis re- quested a jury instruction that the Government was required to prove that he intended to communicate a "true threat." Instead, the District Court told the jury that Elonis could be found guilty if a rea- sonable person would foresee that his statements would be interpret- ed as a threat.

that thing tat happened at the wood floor place.

#2

# PETITION FOR PROTECTIVE ORDER

Commonwealth of Virginia    Va. Code §§ 19.2-152.9; 19.2-152.10

Case No. .....................................................
Hearing Date and Time .....................................

[ ] General District Court   [ ] Circuit Court
[ ] Juvenile and Domestic Relations District Court

## SUMMONS FOR HEARING

TO ANY AUTHORIZED OFFICER:  Summon the Respondent as provided below:
TO THE RESPONDENT: You are commanded to appear before this Court on ...........................................
 ..................................................................................................................... for a hearing on this Petition.
                                                           DATE AND TIME
at ...................................................................................................................
                                        NAME AND ADDRESS OF COURT

7-3-2014
DATE ISSUED                                        [ ] CLERK   [ ] DEPUTY CLERK

Jeanne Custis
PETITIONER

v.

RESPONDENT

RESPONDENT'S ADDRESS/LOCATION

Telephone no. (H) ..................   (W) ..................

TO THE PETITIONER:  Please provide your information on form DC-621, NON-DISCLOSURE ADDENDUM.

RESPONDENT'S DESCRIPTION (IF KNOWN)

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | |

SSN

| DRIVER'S LICENSE NO. | STATE | EXP. |
|---|---|---|

The undersigned Petitioner respectfully represents to the court that:

1. A [ ] warrant [ ] petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat; OR

2. The Respondent is committing or, within a reasonable time, has committed an act of violence, force, or threat, specifically:

    [ ] See accompanying affidavit.

3. [ ] Petitioner and Respondent cohabited, as intimate partners, more than 12 months ago but not within the previous 12 months.

PETITIONER, THEREFORE, RESPECTFULLY REQUESTS that a protective order be issued,
[ ] with [ ] without a preliminary protective order being issued prior to the full hearing,
and that any order impose on the Respondent the following conditions
and such other conditions as the judge deems appropriate as allowed by law:

[ ] Prohibiting acts of violence, force, or threat or criminal offenses that may result in injury to person or property.
[ ] Prohibiting such other contact with the Petitioner as the judge deems necessary for the health and safety of the Petitioner.
[ ] Prohibiting such other contact with the Petitioner's family or household members named below, as the judge deems necessary for their health and safety.  (Please provide on form DC-621, NON-DISCLOSURE ADDENDUM, the date of birth, gender, and race for each family or household member listed.)

NAMES OF FAMILY OR HOUSEHOLD MEMBERS

[ ] Granting the Petitioner possession of the companion animal described as ....................................
                                                                              NAME/TYPE
[ ] Such other conditions as the judge may deem necessary to prevent acts of violence, force or threat, criminal offenses resulting in injury to person or property, or communication or other contact of any kind by the Respondent, namely:

DATE

ATTORNEY'S ADDRESS AND TELEPHONE NUMBER

PETITIONER

by .................................................................
                                    PETITIONER'S ATTORNEY

(When attested, this Petition shall also be an affidavit of the facts as stated in the Petition.)  Sworn to and affirmed before me this
 ................ day of ..................................................., 20 ...............

[ ] INTAKE OFFICER (JUVENILE ONLY)   [ ] CLERK
[ ] NOTARY PUBLIC   My commission expires: .............................
                    Notary Registration No. .............................

DATE AND TIME FILED

[ ] CLERK   [ ] DEPUTY CLERK

TO THE PETITIONER:  You are summoned to appear in this court on ....................

DATE

[ ] CLERK   [ ] DEPUTY CLERK

#3

Case No. ............................................

**RETURNS:** Each person was served according to law, as indicated below, unless not found.

| RESPONDENT: | PETITIONER: (See form DC-621, Non-Disclosure Addendum) |
|---|---|

RESPONDENT:

Name: ▨▨▨▨▨▨

Address ▨▨▨▨▨▨

Tel. No. ▨▨▨▨▨▨

[ ] PERSONAL SERVICE

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.  List name, age of recipient, and relation of recipient to party named above.

.............................................................

.............................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above.  (Other authorized recipient not found.)

[ ] Not Found

SERVING OFFICER

.............................. for _____
DATE

..............................
TIME

PETITIONER:  (See form DC-621, Non-Disclosure Addendum)

Name: ▨▨▨▨▨▨

[ ] PERSONAL SERVICE

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.  List name, age of recipient, and relation of recipient to party named above.

.............................................................

.............................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above.  (Other authorized recipient not found.)

[ ] Not Found

SERVING OFFICER

.............................. for _____
DATE

..............................
TIME

"Family or household member" means (i) the person's spouse, whether or not he or she resides in the same home with the person, (ii) the person's former spouse, whether or not he or she resides in the same home with the person, (iii) the person's parents, stepparents, children, stepchildren, brothers, sisters, half-brothers, half-sisters, grandparents and grandchildren regardless of whether such persons reside in the same home with the person, (iv) the person's mother-in-law, father-in-law, sons-in-law, daughters-in-law, brothers-in-law and sisters-in-law who reside in the same home with the person, or (v) any individual who has a child in common with the defendant, whether or not the person and that individual have been married or have resided together at any time, or (vi) any individual who cohabits or who, within the previous twelve (12) months, cohabitated with the person, and any children of either of them residing in the same home with the person.

"Act of violence, force, or threat" means any act involving violence, force, or threat that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.  Such act includes, but is not limited to, any forceful detention, stalking, criminal sexual assault in violation of Article 7 (§ 18.2-61 et. seq.) of Chapter 4 of Title 18.2, or any criminal offense that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.

#4

## H.R.2092 - Torture Victim Protection Act of 1991 102nd Congress (1991-1992)

Summary: H.R.2092 — 102nd Congress (1991-1992)

Torture Victim Protection Act of 1991 - Imposes civil liability on anyone who, under actual or apparent authority or under color of law of any foreign nation, subjects any individual to torture or extrajudicial killing. Directs a court to decline to hear a claim under this Act if the claimant has not exhausted adequate and available remedies in the place where the conduct giving rise to the claim occurred.

Specifies that no action shall be maintained under this Act unless it is commenced within ten years after the cause of action arose.

# *Meshal v. Higgenbotham*

From Wikipedia, the free encyclopedia
Jump to: navigation, search

*Meshal v. Higgenbotham* is a U.S. federal lawsuit filed by the American Civil Liberties Union on behalf of Amir Mohamed Meshal, a natural born citizen of the United States, charging two agents of the Federal Bureau of Investigation (FBI), Chris Higgenbotham and Steve Hersem, and two other unknown U.S. government officials for their roles in subverting Mr. Meshal's rights under the United States Constitution and the Torture Victim Protection Act of 1991.[1]

## Allegations[edit]

In January 2007, while fleeing to Kenya after the fighting broke out in the War in Somalia (2006–2009) in December 2006, Meshal was captured by forces of the Combined Joint Task Force - Horn of Africa.[1] In the lawsuit, Meshal alleges he was "interrogated more than thirty times by U.S. officials who failed to adhere to the most elementary requirements of the Fourth and Fifth Amendments and the Torture Victim Protection Act of 1991" and "U.S. officials repeatedly threatened Mr. Meshal with torture, forced disappearance, and other serious harm".[2]

#5

#5   What are you challenging:

A violation may be claimed by the following grounds;

13th Amendment to the constitution:
Violations of the 13th Amendment --- which prohibited slavery or involuntary servitude
**(non-consensual human experiment)** ✓
see 1911 *Baily v. Alabama case, in* which the amendment was upheld.

6th Amendment to the constitution:
Violations of the 6th Amendment ---- which prohibits "those facing accusations or
allegations of crime to be provided with specific rights."  "Innocent until proven guilty"
"The defendant must be informed of all actions allegedly committed in a precise and
accurate manner"
"The defendant has the right to know all aspects regarding the charges and
accusations ..."  In order to prevent the following:
DEFAMATION, RETALIATION AND REVENGE used against the innocent.

1st Amendment
"Right to Petition the government for redress of grievances."

4th Amendment
"The right to be secure in their person, house, papers, and effects against unreasonable
search and seizure."

8th Amendment
"...nor cruel and unusual punishments inflicted."

5th Amendment
"...nor be deprived of life, liberty, or property..."

#4

In July 2014, the European Court of Human Rights formally ruled that so-called "enhanced interrogation" is torture, and ordered Poland to pay restitution to men tortured at a CIA black site there.[31] In December 2014, the U.S. Senate made public around 10% of a report about the CIA's use of torture during the George W. Bush Presidency. See: Senate Intelligence Committee report on CIA torture.

#7

"While murders stalking abroad in disguise, while whippings and lynchings and banishing have been visited upon unoffending americans citizens, the local administrators have been inadequate or unwilling to apply the proper corrective.
Combinations, darker than the night that hides them, conspiracies, wicked as the worst of felons could devise, have gone unwhipped of justice, immunity is given to crime and the records of public tribunals are searched in vain for any forgery evidence of effective redress"
Representative Lewis

Jeanne Custis
21 South Church Street
Berryville Va. 22611
310-721-7568

Your Honor,

I submit this request with respect, please find enclosed a Petition for a Writ of Habeas Corpus.

This note should cover as much information regarding this most unfortunate situation that I find myself in.

I'm not without the knowledge and the belief that without appearing in front of you and having you grant Habeas Corpus and a all-stop to torture, surveillance, sabotage, ambush, electronic implant cruelty and unusual punishment and crimes done to me and my family and my loved ones.

I'm not without the knowledge that my life and the life of my family is in jeopardy.  I have already survived multiple unusual accident that could have taken my life and has taken the life of ones I loved dearly.

My career is in shambles. My vision due to non consensual eye implants is at a disadvantage. The implants in my skull are mind control and torture implants which caused me great fear. It will be very difficult to recreate a life so I can support myself and my elder parents without compensation for these damages.

A senator who endured seven years as a prisoner of war once said we all have our breaking point and this is mine.

Your Honor without your support I will not be able to stop these abusers.


Respectfully,
Ms. Custis

Declaration                                                    May 5, 2015
                                                    United States of America

I feel the Patriot Act does more harm than good because it allows domineers to attack
innocent people with no avenue for a redress of grievance.
**Amendment One**
Congress shall make no law respecting an establishment of religion, or prohibiting the
free exercise thereof; or abridging the freedom of speech, or of the press, or the right of
the people peaceably to assemble, and to petition the Government for a redress of
grievance.

I submit this statement in support of my request for review.  I'm available to affidavit for
the Intel Committee.

I.E. Should all United States Citizens have the right for equal protection under the law?
**Amendment Fourteen**
All persons born or naturalized in the United States and subject to the jurisdiction
thereof, are citizens of the United States and of the State wherein they reside.  No State
shall make or enforce any law which shall abridge the privileges or immunities of
citizens of the United States; nor shall any State deprive any person of life, liberty, or
property, without due process of law; nor deny to any person within jurisdiction the equal
protection of the law.

I offer this declaration for you review as a true account of activities and actions against
me an innocent United State Citizens. Perhaps innocent people get selected just
because they do. And this could happen to anyone.

Forthcoming that which destroyed my life, a young woman with a bright future.  I and my
family and all of my pets have all been implanted and tortured with a device know as
neuro-technological interface chips which tortures and cause cruel and unusual
punishment to people and puts them in a virtual prison.
**Amendment Eight**
Excessive bail shall not be required, nor excessive fines imposed, nor Cruel and
Unusual Punishment Inflicted.

Nothing in my life or of my immediate family's lives should have ever constituted this
vigilant style of retaliation and assault.

Perhaps the conclusion will be that I was a mis-identified individual--A grave injustice
has been made.

It feels like purgatory experiencing perpetual torture, enduring a scientific research
situation without protection or an explanation and without my consent.

I have no cooperation or means for surgery for removal of the chips from my skull. I am unable to get gainful employment due to misrepresentation of character which has saturated the information network.

Some of my hardship is exemplified by:
-My security and reputation have been destroyed and appears irreparable.
-My ruined quality-of-life is undeniable.
-My destroyed sense of safety is irrefutable.
-I have been robbed of my ability to travel freely and robbed of my intellectual property.
-Surveillance of me, my family and pets is monumental and brutal.
-There is complete interception/disruption to conduct any normal living arrangements.

**I have been nearly killed multiple times and injured, degraded, humiliated, accosted, followed, assaulted, sabotaged, ambushed and so many life years stolen.**

Someone has manufactured an ongoing conspiracy to form a series of events to harm and discredit my life, liberty and pursuit of happiness. This has destroyed my life and so many lost opportunities and wasted precious years!

The following are facts I ask you to review and consider:

1.  I am unable to freely travel no matter what direction, automobiles follow in harassing-bully style of tailgate driving. It feels like someone is holding a knife to my back while driving. Automobiles circling the house or drive past in an aggressive manner when I'm entering or exiting. Automobiles run at me follow closely or hover across lines causing distraction and feelings of unsafe.

2.  Utility vehicles/delivery vehicles in constant vicinity, hovering automobiles, numerous plane crossings, overly loud trains, tractor trailers air-breaks release in my presence. Vehicles following-pursuing me and hovering helicopters.

3.  Unknown persons with cameras taking photographs of me and audio equipment recording me 24/7 accompanied by spying, following and bullying.

4.  Automobile tracking devices, listening devices and cameras installed into cars, phones, computer, homes, outside homes, even via satellite tracking is part of this ordeal without my permission, without explanation of why and without compensation.

5.  Surgical implants in the skull torturing me with painful high frequency-glass shattering ringing.

6.  Unable to work due to the misinformation on the internet and on cellphones by text message via alerts. And accosting done to co-employees or those owning the business where I have been employed. This has left me without employment yet again and all attempts to find gainful employment have been sabotaged for quite some time.

#
10

7. Multiple attempts to conduct daily life, caring for my family, taking family members to doctors, visiting events, shopping is met with considerable difficulty and oppression.

8. Ability to make connection with any new person or old friends is compromised with the misinformation or deliberate lies by unknowns persons who appear to be following orders from those whose desire is malice with intentions to cause isolation and harm.

9. When I go somewhere parties lay in wait with verbal assault. Persons entering my home, my property and my automobile taking papers, effects, computers, creative products and leaving evidence that they have done so.

10. Threats to my life are often and terrible and traumatizing and cause for the fear of safety. Attempts to sell property and relocate has been repeatedly sabotaged.

**Amendment Four**
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

The Fourth Amendment to the Constitution protects the right against abuse but for me this protected right has not been recognized nor respected.

I have been kept from working for many years. Layering me with medical bills at facilities is embarrassing. So, much lost earnings, so much misleading information about me with **no avenue for me to prove credibility or an opportunity to correct misinformation.**

My brain has been raped. Advance technology collects my information without my permission. I have been humiliated and my image and name have been tarnished. My eyesight has been blurred and damaged. My health and wellbeing has been compromised.

Domineers are in charge of all this pain and terror. All I'm doing is trying to stand up for myself and protect my family and my belongings. Trying to ascertain gainful legal counsel for advice has been unsuccessful to date.

In summary,
I feel the Patriot Act does more harm than good because it allows domineers to attack innocent people with no avenue for redress of grievance.

In conclusion,
I am submitting most humbly for those in positions of review to consider this most difficult situation and offer recognition and support. I have faith in my government to protect me and deliver back to me my freedom. Respectfully,

June 12, 2015

The subject is CIA Surveillance Program and use of Human Targets with no law to protect the individual.

Year after year the recurring situation escalates into more dangerous civil and human rights abuses.

Feeling ignored and repeatedly victimized with no obvious or traditional means of support causes one to wonder what message is being sent from the leadership of my wonderful country and my precious government that I dearly respect no matter how imperfect they are.

Perhaps the way decisions are made on who to Target needs review and dual-transparency and multiple layers of oversight.

Perhaps the CIA have made a career out of producing and publishing mistaken information on innocent persons to achieve sometimes personal objectives.

In fact with the technology today with very little expertise's any Security Agency domestic or foreign can destroy anyone.

Note, the founding error is in the Metadata Program.  The program should not survive in its current form or if at all.

It is far too easy for employees of authorities to impute Misinformation on someone out of revenge or retaliation.

Causing said person difficulty to correct the Misinformation and rebuild a life that should have not been destroyed in the first place.  There is no way to check the Misinformation or challenge it or defend oneself from the agency employees in positions of publishing misinformation.

And how are Targets picked?  Oversight is flawed.

This could apply to anyone who wishes to protect their privacy and their life!  And protect the life of their loved ones and their future.

Perhaps allowing Domineers to operate without checks and balances create unsustainable and unhealthy environments.

Without the "Rule Of Law" what protects the innocent and what legacy do we leave for the future generations.

Perhaps it could be said that America is the most successful country at the ripe old age of three hundred and twenty-five because of the way it was built to begin with with the Rule Of Law.

The suggestion is perhaps their is a need to investigate the CIA program on Human Targets, detention and interrogation and review the checks and balances and transparency.

The overbearing surveillance program be it by private individuals or overreaching agencies is unjust and unhealthy in its present form.  This includes illegal wiretapping, electronic eavesdropping, internet monitoring, electronic implants, tailing by individuals, and interference with business relations using slander and character assassination.

Or worst innocent individuals can end up in non consensual Human Experiment as perhaps a form of revenge or errors in the Metadata by Intelligence Agency.

And perhaps when these individuals voice said situation threats of incarceration or worst detaining with no avenue out for the person who is enduring widespread propaganda.

And if our National Security Program is about ensuring and improving our Public Safety and the mental well being of our Great United States Citizens then this is perhaps the wrong way to go about it.

I'm suggesting review and investigation at all channels and advise on any progress the President or anyone will implement with legislation perhaps putting a halt to having private/ innocent individuals endure these situations without notification, permission, compensation or recourse.

Pursuant to Executive Order 13491 -"...Nothing in this order shall be construed to diminish any right that any individual may have..."

Please let me know your thoughts I know this is not an easy one.


Respectfully,
Ms. Custis



Addendum

Your Honor I'm not without knowledge that their is a concerted effort to harm me by agency who are not necessarily in the business of seeking truth and innocence.  Your Honor I'm not without knowledge that said effort has been in process for sometime now.

I request that you acknowledge the existence of these relentless pressures. Please order them to do no more harm.

Respectfully,

Jeanne Custis


6-4-15
21 South Church Street
Berryville Va, 22611
Jeanne Custis